# EXHIBIT 1



# ✈ Tu reserva a Oakland/San Francisco

## ZD19YC

🔔 **Información importante**

Uno o más vuelos en tu itinerario sufrieron modificaciones. Antes de realizar cualquier cambio, revisa las opciones que tenemos disponibles.

**Ver opciones** →

**Itinerario de viaje**

# Ciudad de México ✈ Oakland/San Francisco

NLU                                            OAK

---

Mié, 22 Jul 2026    VB 9522 , VB 586

**5:15** PM    Conexión    **10:30** PM    ⇄ Cambio de avión    Detalles ⌃
NLU    ○—✈—⋯—⇄—⋯—✈—○    OAK
GDL  1h 5m

**Vuelo 1** ⤾ VB 9522          **Vuelo 2** ⤾ VB 586
Clase tarifaria: W            Clase tarifaria: W

Conexión
○———— 1h 15m ————○  ⤾ ⋯ 1h 5m ⋯ ⤾ ○———— 3h 55m ————○
GDL

AIFA  NLU          GDL          GDL          OAK
5:15 PM        6:30 PM        7:35 PM        10:30 PM
Ciudad de      Guadalajara    Guadalajara    Oakland/San
México         Terminal 1     Terminal 1     Francisco
Terminal                                     Terminal 1

---

Mar, 4 Ago 2026    VB 587 , VB 9523    **Nuevo vuelo**

🌅 Madrugada
**12:05** AM    Conexión    **8:55** PM    ⇄ Cambio de avión    Detalles ⌃
OAK    ○—✈—⋯—⇄—⋯—✈—○    NLU
GDL  14h 40m



## Vuelo 1 ✈ VB 587

Clase tarifaria: Z

## Vuelo 2 ✈ VB 9523

Clase tarifaria: Z

Conexión

○——— 3h 55m ———○ ✈ ··· 14h 40m ··· ✈ ○——— 1h 15m ———○

GDL

| OAK | GDL | GDL | AIFA NLU |
|---|---|---|---|
| **12:05 AM** | **5:00 AM** | **7:40 PM** | **8:55 PM** |
| Oakland/San Francisco Terminal 1 | Guadalajara Terminal 1 | Guadalajara Terminal 1 | Ciudad de México Terminal |

☀ Madrugada



**Switch**

🎒 1 artículo personal     🧳 15 kg equipaje documentado

🔄 Flex-Sí-bilidad

ⓘ

# 👤 Pasajeros



## Puntos acumulados en la reserva

Los puntos de esta reserva han sido divididos entre tú y tus acompañantes, de acuerdo a su Nivel Doters, de la siguiente manera:

| Nivel | Pasajero | Puntos acumulados |
|---|---|---|
| ⚫ | Brian Pori Titular de la reserva | 4,365 |

**Total de puntos disponibles**                    **4,365 Doters**

El monto total acumulado se reflejará en tu cuenta 24 h después de haber realizado tu compra.

👤 **Brian Pori** ⚫

03 may. 61     Número de Socio Doters 7360181160

⚠ ⌄

## Información de contacto

✉ bporiabq@gmail.com                    📞 +15052066289

## 🪑 Asientos

| Vuelo de salida | Vuelo de regreso |
|---|---|
| NLU-GDL | OAK-GDL |
| **1A** **Brian P.** Priority  Ventanilla | **1A** **Brian P.** Priority  Ventanilla |
| GDL-OAK | GDL-NLU |
| **1A** **Brian P.** Priority  Ventanilla | **1A** **Brian P.** Priority  Ventanilla |

## 🧩 Equipaje y adicionales



🛫 **CDMX | AIFA (NLU) – Oakland (OAK)**

Mié, 22 Jul • 05:15 PM •

| Pasajeros | Equipaje de mano | Documentado | Equipaje especial |
|---|---|---|---|
| **Brian P.** | ✓ 1x Artículo personal | ✓ 1x Equipaje 15 kg | |



🛬 **Oakland (OAK) – CDMX | AIFA (NLU)**

Mar, 4 Ago • 12:05 AM •

| Pasajeros | Equipaje de mano | Documentado | Equipaje especial |
|---|---|---|---|
| **Brian P.** | ✓ 1x Artículo personal | ✓ 1x Equipaje 15 kg | |

Conoce nuestras políticas de equipaje                    Agregar equipaje →

# 🧩 Servicios Adicionales

## Viva Express

Evita las filas y ahorra tiempo utilizando la Fila Express para obtener tu pase de abordar o documentar tu equipaje.

## Seguro de viaje

Tu viaje está protegido. Viaja con tranquilidad y si requieres alguna asistencia, comunícate al +52 (55) 9302 9670.

Agregar servicios adicionales →

#  Información de pago

### ✈ CDMX | AIFA (NLU) – Oakland (OAK)
Mié, 22 Jul · 05:15 PM ·

| | | | |
|---|---|---|---|
| 1x | Combo Switch Reembolsable | $392.90 | $208.44 ∧ |
| | Tarifa base | | $271.71 |
| | Descuento promocional | | –$15.77 |
| | Descuento | | –$121.27 |
| | IVA | | $5.35 |

| Otros cargos aeroportuarios | | $68.42 |
|---|---|---|
| 1x  Equipaje documentado | | Incluido ∧ |
| 1x  Equipaje 15 kg | | Incluido |
| 2x  Selección de asiento | | $45.00 ∧ |
| 2x  Asiento | | $45.00 |

 **Oakland (OAK) – CDMX | AIFA (NLU)**

Mar, 4 Ago • 12:05 AM •

| 1x  Combo Switch Reembolsable | $330.73 | $211.24 ∧ |
|---|---|---|
| Tarifa base | | $253.58 |
| Descuento promocional | | –$19.16 |
| Descuento | | –$63.34 |
| IVA | | $6.66 |
| Otros cargos aeroportuarios | | $33.50 |
| 1x  Equipaje documentado | | Incluido ∧ |
| 1x  Equipaje 15 kg | | Incluido |
| 2x  Selección de asiento | | $46.24 ∧ |
| 2x  Asiento | | $46.24 |

## 🧩 Adicionales

| 2x  Viva Express | $12.70 ∨ |
|---|---|
| 1x  Seguro de viaje | $29.64 ∨ |
| TUA NLU | $30.88 |
| Impuestos y cargos incluidos | $57.00 ∧ |
| UK | Derecho de no residente | $57.00 |
| Tarifa Reembolsable | $74.31 ∧ |
| Tarifa Reembolsable | $74.31 |

## Total de la reservación

**$ 715.45**

USD

Impuestos y otros cargos ya incluidos                                       $30

Aceptamos los siguientes métodos de pago

---

### ⊘ Tarifa de Uso de Aeropuerto (TUA) pagada

Se agregó el pago de la TUA correspondiente a todos los vuelos y pasajeros de la reservación. La TUA es un cobro que hacen los aeropuertos mexicanos por el uso de sus instalaciones.

| Aeropuerto | |
| --- | --- |
| **Ciudad de México** | **$ 31**<br>USD \| ✈ |

Costo total por todos los pasajeros con base en la TUA vigente. IVA Incluido.

---

### Pagos efectuados por reservación

Ya puedes facturar los pagos realizados, aunque podrías necesitar hacer pagos extra antes de abordar.

**VISA** •••• 2953                         **$715.45**
07 May, 2026  •  Aprobado

## Lee antes de tu vuelo



  

### 1. Alista tus documentos

Realiza tu check-in en línea antes de tu vuelo, presenta una identificación oficial para abordar y, dependiendo de tu destino y si viajas con mascotas o niños, los documentos que apliquen.

### 2. El día de tu vuelo

Te recomendamos llegar con anticipación al aeropuerto, 2 horas antes para vuelos nacionales y 3 horas para vuelos internacionales, especialmente si viajas con mascotas o animales de apoyo emocional.

### 3. Después de tu vuelo

Si contrataste algún servicio de transportación, recuerda tener a la mano tu confirmación e identificación oficial para llegar de forma rápida y sencilla a tu destino.

## Régimen General de Ley de Personas Morales

Aeroenlaces Nacionales S.A. de C.V.
ANA050518RL1

## Domicilio fiscal

Aeropuerto Internacional de Monterrey, Terminal C, carretera Miguel Alemán Km. 24 SN, C.P. 66600, Apodaca, Nuevo León.

El presente documento no representa un comprobante para efectos fiscales. En caso de que desee facturar su reservación, favor de acceder a facturacion.vivaaerobus.com

vivaaerobus.com

Si tuviste algun problema con tu reservación puedes comunicarte al 88 5536283648 o mandar un mail a contacto@vivaaerobus.com