# Exhibit 8

UNITED STATES OF AMERICA,

     *Plaintiff,*

     v.                     No .2:26-cr-0282-SMD

BRIAN ANTHONY PORI,

     *Defendant.*

## DECLARATION OF MARK E. COLLINS

I, Mark E. Collins, declare under penalty of perjury:

1.     My name is Mark E. Collins. I am over the age of eighteen and competent to make this declaration. I submit this declaration voluntarily.

2.     I reside in Provincetown, Massachusetts.

3.     I am an attorney and a member of the New York Bar.

4.     I met Brian Pori while we were both attending Yale Law School. We have remained close friends for approximately 40 years. In fact, I am the godfather to Brian's oldest child, and my niece was a nanny to Brian's twin younger children.

5.     I was asked to make this declaration by Brian's attorney to discuss my interactions with Brian, specifically as it relates to his travel to and from Mexico City.

6.     During Christmas week of 2025, Brian and I talked by phone to catch up on our lives. During that call, I told Brian that my husband and I were leaving our Mexico City apartment empty for much of 2026 because were doing renovations

1

on our home in Provincetown, Massachusetts. During that phone call, Brian and I talked about Brian renting our Mexico City apartment so he could study Spanish.

7. On January 1, 2026, Brian texted me: "Happy New Year Mark. Feliz ano Nuevo Pablo I hope the New Year brings viviendo en Espana. Oh and I think I am 100% convinced that I would like the opportunity to take over your apartment in Mexico City in April. Cien por ciento. How can I make that happen? Also what is the name of the neighborhood where it is located?"

8. I responded by saying "Let's talk."

9. Brian and I then spent the next few months discussing terms for Brian renting the Mexico City apartment so that he could start a Spanish language program at the Universidad Nacional Autonoma de Mexico (UNAM) on April 1, 2026.

10. On March 26, 2026, Brian came to Mexico City as a guest of my husband and I so we could introduce him to the apartment, the neighborhood, and those that help us care for the apartment when we are gone.

11. While there, I also showed Brian around Mexico City. And I showed him UNAM, which is a public university in Mexico City. I did this because I had previously studied Spanish through UNAM, and I wanted to introduce him to the program.

12. Brian then began his tenancy in our apartment on April 1, 2026, at which time my husband and I returned to Provincetown.

2

13.     At this time, Brian had already been accused of smuggling contraband into the Cibola County Correctional Center. I expressed concern to Brian that he would not be able to come to Mexico City because of those charges, but Brian explained that he had arranged for pretrial conditions of release that allowed him to travel back and forth between the United States and Mexico City.

14.     The charges were dismissed shortly after, and it was my understanding that Brian was traveling back and from between Mexico City and the United States while he was winding down his law practice and participating in the Spanish language program at UNAM.

15.     On May 23, 2026, I was informed by Brian's ex-wife that he had been arrested in this case.

I declare under penalty of perjury, according to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Mark E. Collins

Dated: July 25, 2026