# Exhibit 9

UNITED STATES OF AMERICA,

Plaintiff,

v.

No .2:26-cr-0282-SMD

BRIAN ANTHONY PORI,

Defendant.

## DECLARATION OF CHRISTOPHER R. O'HANLON

I, Christopher R. O'Hanlon, declare under penalty of perjury:

1. My name is Christopher R. O'Hanlon. I am over the age of eighteen and competent to make this declaration. I submit this declaration voluntarily.

2. I reside in California.

3. I was an attorney and member of the California Bar from 1988 through 1997, after which I took inactive status. I now am the Executive Director and President of Senior Advocates of the Desert, a 501(c)(3) nonprofit corporation I founded to assist low-income seniors obtain government benefits.

4. I have known the defendant, Brian Pori, since we were children. We attended school together and have remained friends throughout adulthood.

5. I was asked to make this declaration by Pori's attorney to discuss my interactions with Brian, specifically as it relates to his travel to and from Mexico City.

6. In January 2026, Brian told me that he was getting ready to wind down his law practice, retire, and temporarily move to Mexico City to study Spanish. He was going to take a seven-month course through a university in Mexico City.

7. On January 16, 2026, and after Brian told me he was planning on studying Spanish in Mexico City, I took a trip to Mexico City and loved my stay. During that trip, I texted Brian: "We're having a great time in Mexico City. It's not overwhelming at all. It's lots of little neighborhoods. You're going to love it."

8. Brian responded that he was renting an apartment from the husband of our mutual friend, Mark Collins, in Mexico City. He said that he would be in Mexico City between Dia de los Inocentes, which is April 1st, and Dia de los Muertos, which is October 31st.

9. I also talked to Mark and knew from him that Brian would be renting the apartment from Mark's husband for seven months in Mexico City.

10. On February 13, 2026, I texted Brian and told him that our mutual friend Patty Brink was going to be in Mexico City in May and that she looked forward to seeing him. Brian replied, "I hope I will be there when she is there. I have a civil trial in Albuquerque in May that I am trying to settle but, just my luck, it won't and I'll have to come back and try and that will be at the same time Patty is there. I hope not, but life can be just like that some time."

2

11.  On May 3, 2026, Brian texted me from Mexico City, sending pictures and discussing his travels there. He told me about his time in Mexico City, including going to the symphony to hear Rhapsody in Blue by George Gershwin.

12.  During this time, I know that Brian would travel between Albuquerque and Mexico City and returned to Albuquerque as needed for his law practice so he could attend to those cases that he still had.

I declare under penalty of perjury, according to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
Christopher R. O'Hanlon

Dated: July 24, 2026

3